IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:05CR3020-2 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| TYRONE V. THOMAS, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

(1)  The defendant's motion to continue sentencing (filing 47) is granted;

(2)  Defendant Thomas' sentencing is continued to Friday, September 23, 2005, at 12:00 noon, before the undersigned United States District Judge, in Courtroom No. 1, Robert V. Denney United States Courthouse and Federal Building, Lincoln, Nebraska.  Since this is a criminal case, the defendant shall be present unless excused by the court.

DATED this 17th day of June, 2005.

BY THE COURT:

s/ Richard G. Kopf
United States District Judge