IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CR3020-2 |
| | ) | |
| V. | ) | |
| | ) | |
| TYRONE V. THOMAS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that the defendant's motion for appointment of counsel (filing 100) is denied.

DATED this 27th day of January, 2009.

BY THE COURT:

*S/Richard G. Kopf*
United States District Judge