IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CR3020 |
| | ) | |
| v. | ) | |
| | ) | |
| TYRONE V. THOMAS, | ) | **MEMORANDUM AND ORDER** |
| | ) | |
| Defendant. | ) | |
| | ) | |

    Mr. Thomas has submitted a letter addressed to the Clerk and the Clerk has filed it. The letter seeks information on the status of a motion that Mr. Thomas asserts that he submitted to the Clerk. No such motion was ever submitted to the Clerk and therefore the Clerk has filed no such motion. Consequently, there is no status to report. Therefore,

    IT IS ORDERED that the defendant's letter, treated as a motion (filing 102), is denied.

    DATED this 2nd day of June, 2009.

BY THE COURT:

*s/Richard G. Kopf*
United States District Judge