IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CR3020-2 |
| | ) | |
| V. | ) | |
| | ) | |
| TYRONE V. THOMAS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that the defendant's motion (filing 111) is denied without prejudice. Counsel has been appointed pursuant to the court's operating procedures and counsel will contact the defendant when and if necessary. The Clerk shall provide counsel of record and the defendant with a copy of this order.

DATED this 28th day of July, 2009.

BY THE COURT:

*Richard G. Kopf*
United States District Judge