IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CR3020 |
| | ) | |
| v. | ) | |
| | ) | |
| TYRONE V. THOMAS, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendant. | ) | |

Thomas filed a motion to reduce his sentence because of the retroactive change to the "crack" Guidelines. I appointed the Federal Public Defender to represent Thomas and instructed the probation office to investigate. The probation officer prepared a Retroactive Sentencing Worksheet and that has been distributed to counsel. I conferred with counsel by phone on September 16, 2009.

As noted by the probation officer, the fact that Thomas was a career offender under the guidelines precludes his eligibility for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2). *See, e.g., United States v. Tingle*, 524 F.3d 839, 840 (8th Cir.) (applicable guideline range for career offenders was not lowered by Amendment 706) (per curiam), *cert. denied*, --- U.S. ----, 129 S.Ct. 473 (2008). Accordingly,

IT IS ORDERED that:

1. The Clerk shall file the Retroactive Sentencing Worksheet and restrict access to counsel and the court.

2. The motion to reduce sentence (filing 104) is denied.

DATED this 16th day of September, 2009.

BY THE COURT:

*Richard G. Kopf*
United States District Judge