IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CR3020 |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| TYRONE V. THOMAS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED that the defendant's "Objection to Subject-Matter Jurisdiction" (Filing 136) is denied.

DATED this 2nd day of August, 2016.

BY THE COURT:
s/ *Richard G. Kopf*
Senior United States District Judge