IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:05CR3020 |
| v. | ) | |
| TYRONE V. THOMAS, | ) | ORDER |
| Defendants. | ) | |

IT IS ORDERED that the defendant's motion for new trial (filing no. 143) is denied.

DATED this 20th day of December, 2016.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge