IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 4:05CR3020-2 |
| V. | ) | |
| TYRONE V. THOMAS, | ) | ORDER |
| Defendant. | ) | |

After careful consideration,

IT IS ORDERED that:

(1) The Defendant's Unopposed Motion for Sentence Reduction Pursuant to the First Step Act (filing no. 160) is granted. The 2019 First Step Act Retroactive Sentencing Worksheet (filing no. 158) is accepted. The Stipulation (filing no. 161) is approved.

(2) The Courtroom Deputy shall prepare the Judgment and Statement of Reasons and submit the documents to the undersigned for review.

DATED this 6th day of February, 2019.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge